1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 WALTER LANGSTON,

11         Plaintiff,                    No. CIV S-11-1624 DAD P

12    vs.

13 JEFFREY SHIAISHI, et al.,

14         Defendants.              ORDER

15 _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17 to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19 plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20 certified copy of his prison trust account statement for the six month period immediately

21 preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22 opportunity to submit a completed in forma pauperis application and a certified copy in support

23 of his application.

24 /////
25 /////
26 /////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 24, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md
lang1624.3c+.new